**UNITED STATES BANKRUPTCY COURT**
**District of Arizona**

In re _____**Megan M. Bilek**_____,  Case No. __2:09-bk-29868-GBN__
          Debtor                                             Chapter 7

# AMENDED – CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for EACH debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:** Bank of America | **Describe Property Securing Debt:** Single family residence located at 4271 East Park Avenue, Gilbert, AZ 85234 |
| Property will be *(check one)*: <br> ☐ Surrendered   ☒ Retained <br><br> If retaining the property, I intend to *(check at least one)*: <br> ☐ Redeem the property <br> ☒ Reaffirm the debt <br> ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)) <br><br> Property is *(check one)*: <br> ☒ Claimed as exempt       ☐ Not claimed as exempt | |

| Property No. 2 | |
|---|---|
| **Creditor's Name:** Countrywide Home Loans | **Describe Property Securing Debt:** Single family residence located 45481 W. Windmill Road, Maricopa, AZ 85239 |
| Property will be *(check one)*: <br> ☒ Surrendered   ☐ Retained <br><br> If retaining the property, I intend to *(check at least one)*: <br> ☐ Redeem the property <br> ☐ Reaffirm the debt <br> ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)) <br><br> Property is *(check one)*: <br> ☐ Claimed as exempt       ☒ Not claimed as exempt | |

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Maricopa Meadows Homeowners Assoc.** | **Describe Property Securing Debt:**<br>Single family residence located 45481 W. Windmill Road, Maricopa, AZ 85239 |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
- [ ] Claimed as exempt
- [x] Not claimed as exempt

| Property No. 4 | |
|---|---|
| **Creditor's Name:**<br>**Wachovia Dealer Services** | **Describe Property Securing Debt:**<br>2008 Nissan Altima |

Property will be (check one):
- [x] Surrendered
- [ ] Retained

If retaining the property, I intend to (check at least one):
- [ ] Redeem the property
- [ ] Reaffirm the debt
- [ ] Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is (check one):
- [ ] Claimed as exempt
- [x] Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**Wachovia Dealer Services** | **Describe Leased Property:**<br>Purchase Agreement for 2008 Nissan Altima | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES  ☑ NO |

| Property No. 2 | | |
|---|---|---|
| **Lessor's Name:**<br>**LA Fitness** | **Describe Leased Property:**<br>Gym membership | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES  ☐ NO |

| Property No. 3 | | |
|---|---|---|
| **Lessor's Name:**<br>Netflix | **Describe Leased Property:**<br>Membership to Netflix | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☑ YES  ☐ NO |

___0___  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: 02/10/2010

*Megan M. Bilek*
**Megan M. Bilek**
Signature of Debtor